■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK DAVIS-WRIGHT, Appellant. [913 NYS2d 118]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered November 2, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree and attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed. Present—Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.